In the United States District Court
Eastern District of Arkansas
Western Division

4:16CV007-SWW

Angela Moore

vs

Dr. Jennifer Gregory and Baptist Health of Little Rock

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 0 6 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge Wright
and to Magistrate Judge Kay

Original complaint - Medical Malpractice

Comes now Plaintiff Angela Moore comes before the court seeking justice for myself and my baby, Troy Ayden Pettus III who was lost on 9/10/2015 due to Dr. Jennifer Gregory not providing the appropriate level of (medical) standard of care that she was supposed to provide to me and

Page 1 of 8

my son, as a doctor. I went to the ER, the morning of 9/14/2015, because motherly I felt something was wrong. I had used the restroom at approximately 1:00 AM and when I wiped I saw blood on the tissue, and I saw a really small blood clot in the toilet. I was concerned b/c I never had a blood clot and bleeding (except for in the 1st trimester) but I knew that I needed to go to the ER to make sure my baby was fine and that's what I did. I know that my baby was alive on 9/15/2015 + 9/14/2015 b/c I went with a friend, Stephanie Hinkle to Target here in LR, AR

to register for my baby registry and he was sitting on my bladder and he kept moving all that day and night too. I also knew he was fine that night too b/c he was moving too but still I just wanted to go to ER to make absolutely sure since I was 22 weeks, and I needed confirmation that my baby was fine.

When I got to the hospital at approximately 1:30 AM the morning of 9/16/2015 I encountered 2 nurses brittney & Hailey, they tried to find my baby on the ~~ultrasound~~ fetal machine, the Doppler and I informed both of them that my doctor, Dr. Jennifer Gregory would

always have to place me on the ultrasound machine to find my baby. I pleaded & begged them to place me on the ultrasound machine but they didnt and would not. The RN, Brittney said that she w/d call my doctor to find out exactly what Dr. Jennifer Gregory wanted her to do and she stepped outside (my room) and called her (my doctor, Dr. Jennifer Gregory) and I could hear the RN Brittney on the phone w/ my doctor, Dr. Jennifer Gregory.

After the phone conversation ended, Brittney the RN came back in my room at the ER and informed me that

Dr. Gregory said that she could contest that my son Troy Ayden was hard to find on ~~an fetal machine ultrasound~~ (ultrasound machine) but Dr. Gregory wanted them (hospital) to discharge me send me back home and to have me go see her in a ~~the~~ few hours at 11:00 AM (which was ridiculous when I had a valid concern) I was discharged at approximately 2:30 AM, so the only thing that the nurses did was try to find my son Troy Ayden with the Doppler (the fetal machine) I was never ever placed on an ultrasound machine, they never sent a doctor in, I was never placed on the ultrasound machine, not kept overnight nor monitored, not checked vaginally, nothing No blood drawn No neg hormone checked nothing

So I was discharged at around 2:30 AM/3:00 AM, went home talked to my friend Rosemary Walter, than I went to sleep. I woke up (everything I just thought was fine) I went to my appt at 11:00 AM at LR Gynecology Obstretics, just thinking my baby and I were fine and when Dr. Jennifer Gregory placed me on the ultrasound machine at approximately 11:50 AM/11:55 AM (a few hrs prior to leaving ER) and she saw that my son was moving, you could see by her reaction, and her facial expression, and her body language that something was wrong. She abruptly ran out of

Page 6 of 8

the room to get another doctor or someone and at that time, I knew that something was wrong.

They came back in the room, and her colleague was trying to find my son Troy Ayden on ultrasound machine and that's when the lady informed me that my son had passed. I was devastated!!

My doctor did not care for me on the ~~high~~ morning of 9/10/2015, she refused to come to the hospital & provide that appropriate standard of medical care that she was supposed to provide for me and my son.

I will be submitting an 18 page

document of everything that occurred too.

Respectfully submitted,

*Angela T. Moore*

Angela T. Moore
8101 Cantrell Rd. Apt #1608
LR AR 72227
(501) 940-0646, cellular