

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 6 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# Angela Moore v Dr. Jennifer Gregory/Baptist Health Medical Center Little Rock Arkansas

My name is Angela Moore, a 37-year old African American woman who found out I was pregnant on Tuesday, May 26, 2015, and once I found out that I was expecting my first child, I was the happiest person in the whole wide world.

I had taken a home pregnancy test on Tuesday, May 26, 2015, and the test came back positive. The following day, Wednesday, May 27, 2015, I decided to go to a local clinic called Crisis Pregnancy Center of Central Arkansas in North Little Rock Arkansas to confirm my pregnancy. My pregnancy was confirmed by their office and it showed that I was 6 weeks pregnant on Wednesday, May 27, 2015.

I thoroughly searched for a doctor to deliver my baby and decided to choose Dr. Jennifer Gregory with Little Rock Gynecology and Obstetrics, PLLC. I knew that I was a high-risk patient because of my age and I knew that I would need a doctor to monitor me well since this was my first child and because I am over 35-years old and I'm considered to be called a high-risk patient.

My first appointment with Dr. Jennifer Gregory was on Tuesday, June 23, 2015, and Dr. Jennifer Gregory confirmed that I was having a healthy baby and I was 10 weeks and 1 day pregnant.

Every month when I would have my routine pregnancy appointments with Dr. Jennifer Gregory everything seemed fine. Every time Dr. Jennifer Gregory would try and locate my son, Troy Ayden Pettus III, on the Doppler machine or the fetal mentoring machine, she always had a hard time locating his fetal heartbeat, so she would always have to place me on the ultrasound machine to make my baby was fine. Dr. Jennifer Gregory always said that it was okay and not to worry because he was just a, "runner, and he was fine."

Ultimately it became a known problem for Dr. Jennifer Gregory to locate my son's heartbeat at every appointment, but she always assured me that it's normal not to be able to find 15 week babies, and not to worry because he was fine. After Dr. Jennifer Gregory would locate my son on the ultrasound machine, I always asked her was his heartbeat okay, and she always said that "his heartbeats were perfect," at every appointment.

The morning of Wednesday, September 16, 2015, at approximately 1:30 A.M. I woke up to my son moving around more than usual and moving around a lot differently than he normally moved, which concerned me. So I decided to get out of bed and go to the restroom and use the bathroom.

I used the restroom and when I finished using the restroom, when I wiped, I noticed a little blood on my tissue which made me very nervous. I looked in the toilet and I small a really small clot

which terrified me and made me start crying, I did not know what was going on but I knew that I had to go to the Emergency Room to get checked to make sure that my son was fine.

Before I left the house, I decided to use the restroom again, and I did not see any more blood on the tissue, nor any more clots but I decided to go the Emergency Room of Baptist Health Medical Center Little Rock just to be absolutely certain.

I arrived at the Baptist Health Medical Center on Wednesday, September 16, 2015, at approximately 2:00 A.M. that morning and I encountered an older man who was a Registered Nurse. He took my blood pressure and he reassured me that everything was fine and that a lot of women who are 22 weeks have some light spotting that are in their second trimester. He said that it was normal and if he were me, he would have done the exact same thing by coming to the emergency room to make sure that I was fine too.

He called a younger man who came and placed me in a wheel chair and I was wheeled up to the Labor and Delivery unit. The first nurse that I came in contact with was a Registered Nurse by the name of Brittney who was pregnant as well.

Brittney attempted to try and find my son Troy Ayden's heartbeat on the Doppler/fetal monitoring machine and she was having a hard time locating my baby's heartbeat. I told Brittney that my doctor, Dr. Jennifer Gregory has a hard time locating my baby's heartbeat and that she always has to place me on an ultrasound machine to make sure that my baby is fine. I asked her if she could order an ultrasound because I simply wanted to make sure that my baby was okay, and by placing him on the ultrasound machine, I could see my son, Troy Ayden and it would have proved that my baby was fine.

The Registered Nurse, Brittney went and got another register nurse in the Labor and Delivery Unit, by the name of Hailey. Hailey was trying to locate my baby's Troy Ayden's fetal heart beat with the Doppler/fetal monitoring machine and she was having a hard time locating my baby's heartbeat as well. I pleaded and cried to both of them informing them that my doctor, Dr. Jennifer Gregory always has to place me on the ultrasound machine in order to locate my baby's heartbeat and I pleaded and begged for them to place me on an ultrasound machine to make sure that my baby is okay. Brittney, the Registered Nurse said that she'll call my doctor, Dr. Jennifer Gregory to find out what she wanted her to do, so she stepped out of my triage room and called my doctor, Dr. Jennifer Gregory.

I could hear Brittney, the Registered Nurse on a phone call talking to someone that I presume to be Dr. Jennifer Gregory and after Brittney hung up the phone, she came back in my room and told me that she talked to Dr. Jennifer Gregory and Dr. Jennifer Gregory said that she can contest that she always has a hard time finding my son, Troy Ayden's fetal heartbeat on the ultrasound machine. She informed Brittney to discharge me and for me to follow-up with Dr. Jennifer Gregory at 11:00, A.M. in a few hours at her office.

I did not want to leave, I really wanted the ultrasound and I prayed that everything was okay, so I was discharged at approximately like 3:00 A.M. that morning by the Registered Nurse, Brittney, praying the entire time my son was okay, because the ultrasound was never ordered per Dr. Jennifer Gregory's orders.

I went back home, at approximately 3:00 A.M. the morning of Wednesday, September 16, 2015, and I called one of my close friends and she and I talked on the phone for a while and then I went to sleep.

I woke up the morning of Wednesday, September 16, 2015, got dressed for my appointment and arrived at my doctor's appointment at Little Rock Gynecology and Obstetrics at approximately 10:50 A.M.

I checked in the office of Little Rock Gynecology and Obstetrics and I patiently waited in the waiting room to be seen. I knew that it was taken way longer than it usually would for me to be seen and I realized that I wasn't taken back until approximately 11:45A.M. or right at 11:50 A.M. but ultimately I just wanted to see my son on the ultrasound machine praying that he was fine.

I used the restroom, asked my doctor's nurse Brooke if I needed to leave my urine and she said yes. She weighed me and then she took me in the room and took my blood pressure. After she took my blood pressure she went and got Dr. Jennifer Gregory and then I was placed in the ultrasound room.

Dr. Jennifer Gregory walked in the ultrasound room, and she placed me on the ultrasound machine, and immediately when she pulled the ultrasound machine up, I was looking over at the ultrasound machine and I noticed that my baby was **NOT** moving and flipping like he normally would, which worried and concerned me.

My baby Troy Ayden was completely still as if he was asleep, and immediately I knew something was wrong, because he never had behaved like that. My son, Troy Ayden moved entirely too much, and I just knew something was wrong when Dr. Jennifer Gregory placed him on the ultrasound machine.

I immediately asked Dr. Jennifer Gregory was everything okay, and she said. "Just one minute I'm trying to do something." I recall a panic look on her face and I remember it very vividly too because I was thinking, "my baby better be okay, when I just left the ER."

Dr. Jennifer Gregory kept trying to check and make sure that my baby was okay, pressing buttons on the ultrasound machine still looking very panicked and stressed. Immediately I knew that something was wrong because he was too still and my baby was always moving nonstop, waving at the ultrasound machine, placing his hand on his knee, doing everything letting mother know that he was fine, but this particular time, he wasn't doing anything just sitting still.

Anytime that we took an ultrasound picture, my baby Troy Ayden always had to be the star of the ultrasound, waving or doing something comical to steal our hearts and when my baby was not moving and flipping around in my stomach, I knew exactly what was going on.

After Dr. Jennifer Gregory could not locate my baby's heartbeat, she immediately rushed out of the room and went got someone else, and I think it was the other doctor that she practices with came in to check my baby Troy Ayden on the computer. I definitively knew something was wrong.

Dr. Jennifer Gregory's behavior was shocked, she was in disbelief, panic, worried, and I could read both of their body language, she and the other lady's body language both exhibited negative behavior, and instantly I automatically knew that my baby had passed.

The other lady was doing something on the computer and she was the one to tell me that my baby had passed. I told them, "I cannot believe this," they assured me that it was nothing that I had done. I was completely in shock and devastated too, and I couldn't believe that my baby would never be coming home with me again.

I knew deep down in my spirit that my baby had passed but when that lady who works with Dr. Gregory informed me that my baby had definitely passed, I did not won't to believe what they had just told me. I was in complete shock; I was angry, frustrated, furious, hurt, felt hopeless, upset, made at the world, shocked, devastated, and just in total disbelief.

This child who I was planning to have the best life for, my baby, Troy Ayden who I was buying everything for, preparing to be the best mother in the whole wide world, all my dreams had been ripped from me in a matter of seconds, my whole desire to live had just diminished.

### Discrepancies with my case

- **Discrepancy**-The paperwork from BH Fax Serv on 9/20/2015 10:52 : 01 PM Page 1/002 Fax Server paperwork says, "Brief Note: At 2109 the G 1 now P 0100 female delivered a nonviable mailed infant with a breech presentation. The cord was clamped and cut. And we waited for the placenta."
- **Actuality**- My baby was delivered by a Registered Nurse who works in Labor and Delivery by the name of Hailey. The doctor who was on call, Dr. Dicey Gay Lee, had not made it to the hospital in time and a Register Nurse by the name of Hailey delivered my baby, and not Dr. Dicey Gay Lee, **she delivered the placenta only.**
  The doctor that delivered my placenta, Dr. Dicey Gay Lee, seemed untrained and it definitely seemed like she was not a professional Medical Doctor, she was not confident and to me her actions proved to me that she did not know what she was doing.
  I remember a conversation very vividly when Dr. Lee had just arrived to the hospital to deliver my baby and it was too late so she had to deliver my placenta when I was in the

hospital on the night of September 20, 2015 at approximately 9:30 P.M. after my son, Troy Ayden had been delivered.

Dr. Lee behaved like an amateur. She did not know what to do and how to make the placenta drop which was terrifying me, especially when Dr. Lee is supposed to be a professional is this is supposed to be Dr. Lee's profession, I was really worried.

The Registered Nurse, Hailey who was in the room with us told Dr. Lee about a pill called, Nitroglycerin that could be administered by an Anesthesiologist, a pill that's supposed to make the placenta drop.

So Joel, the Anesthesiologist who was on duty was called to administer the Nitroglycerin pill and the first dose was administered. I was truly concerned and nervous that a doctor who's profession is to deliver babies did not know anything about this pill called, "Nitroglycerin," and that really scared me and caused me to question Dr. Lee's medical decisions because after the first time when Joel, the Anesthesiologist administered the first pose of the pill, it wasn't working fast enough for them and Dr. Lee wanted him to administer another dose of the nitroglycerin pill again and at that point I spoke up for myself since I did not have any family members in the hospital with me who could speak up for me on my behalf.

I told Dr. Lee and Joel, the Anesthesiologist that I wasn't trying to question their medical authority nor their professionalism but I told them that I felt like they were making an irrational decision wanting to give me a second dose of that pill when Joel had just given me a dose of that pill about 5-10 minutes prior to Dr. Lee wanting me to take the second dose.

I told them that I did not won't to take it because I thought that was an irrational decision and I told them that I did not won't to code, and ultimately die. I said I'm afraid that the pill could do something to me to harm me, force me to code, and ultimately kill me, while tears were flowing from my eyes.

I was truly terrified and finally Dr. Lee decided to allow a half of a dose of the pill, and they decided that they would watch my blood pressure and they set the timer on the blood pressure machine to monitor me every two minutes, but after Dr. Lee decided to allow a half dose of the pill, the Anesthesiologist Joel gave me the full dose anyway, I was so scared for my life at this point. I literally thought I was going to die, and I did have a witness there my friend Stephanie Hinkle who's a Registered Nurse at Baptist Health Medical Center Little Rock.

I was not happy with their decision at all, they decided that since my blood pressure was not high and had not been high since I had been at the hospital that it would be okay for them to allow the second dose, I was truly terrified and I had to pray.

They were making irrational decisions, especially when Dr. Lee said that if they couldn't get the placenta than I would have to go downstairs to have surgery to get it removed, that really aggravated me and made me upset, and I did not won't to have surgery just to get the placenta out of me when I did not have to have surgery to have my son taken out

of me because my labor was induced. I just cried because I was so distraught. I had been through enough emotionally with losing my son, Troy Ayden I just wanted everything to be over with.

- **Discrepancy-**The paperwork from Baptist Health Abstract Report Admitted 9/18/2015, D/C 9/21/2015 my baby is coded as Second trimester bleeding 641.93/O46.92 and IUFD (intrauterine fetal death) 779.9/P96.9. 641.93 is an Antepartum hemorrhage, abruption placenta and placenta Previa, antepartum condition, or complications.
779.9 equates to a still birth before 22 weeks gestation congenital or neonatal heartbeat for fetus.
The discrepancy is my baby is coded as having a Placenta Abruption when I did not have a Placenta Abruption according to Ms. Brenda Goodhart, Baptist Health's Director of Women and Children. I secretly recorded Ms. Brenda Goodhart with my cell phone the next day after I was discharged from the hospital, on Tuesday, September 22, 2015 around 10:00 something that morning. I'm not sure of the exact time but I can pull my cell phone records if necessary.
Ms. Brenda Goodhart asked me in the video if I bled a lot at approximately 13:45 minutes of the video. Ms. Brenda Goodhart also talks about what a Placenta Abruption is and she said "that if you have an abruption it is not a little bit of bleeding it is a lot of bleeding and not only does it jeopardize mom's life, (and then she changes it to baby life), but it also jeopardizes mom's life because you continue to have that blood loss. But when you are looking up abruption, it just like it sounds. It sounds serious, it is serious, it's life threatening." (See video of Ms. Angela Moore and Ms. Brenda Goodhart, Baptist Health Director of Women and Children).
**Actuality-**I never lost a huge amount of blood to have a Placenta Abruption nor hemorrhaging and according to the cell phone video, Ms. Brenda Goodhart agrees that I **did not** have a Placenta Abruption. I did not lose a lot of blood, and I did not have to receive blood from the hospital either.
I do know that Dr. Lee, the doctor that was on call when I was supposed to have my baby Dr. Lee arrived **after my baby was delivered by a Registered Nurse name Hailey**, and it took Dr. Lee at least 30-45 minutes to get the placenta out of me. It was very stressful and I was crying uncontrollable most of the entire time because Dr. Lee did not know what to do and apparently did not have experience on how to get the placenta out of me. Ultimately, the placenta could have been torn due to the pulling and grabbing that she was doing trying to grab the placenta out of me for at least 30-45 minutes of raw pulling, grabbing, and tugging.
- **Discrepancy-**I went to Little Rock Gynecology and Obstetrics on 10/20/2015, and 19 pages of my medical records were missing. I went back to Little Rock Gynecology and Obstetrics on 10/22/2015, and I received the 19 pages, yet the pages are still not coinciding together.

My new doctor Dr. Racer requested my medical records on Friday, October 2, 2015, and two weeks after my request for my medical records were received I called my new doctor's office UAMS, and spoke with Michelle and she said they still hadn't received my medical records and that's what made me go to Dr. Jennifer Gregory's office personally to receive my medical records, and that's when I received my first set of medical records on October 20, 2015.

The second set of medical records was received on October 22, 2015. My new doctor Dr. Racer, of UAMS informed me that she would call me once she received my medical records and dissect everything for me but since it had taken too long, I decide to do my own research and dissect my medical records myself.

- **Actuality-**On Wednesday, September 16, 2015 at approximately 1:30 A.M. went to the emergency room to make sure that nothing was wrong with my son, Troy Ayden. Nothing was done except two Registered Nurses, Brittney and Hailey tried to locate my son's fetal heartbeats. I requested an ultrasound be ordered, but an ultrasound was never ordered and the same morning, a few hours of leaving the Emergency Room at approximately 11:45 A.M. my son, Troy Ayden was placed on the ultrasound machine by my doctor, Dr. Jennifer Gregory and that's when she discovered my son had passed.
- **Discrepancy-**When I saw my new doctor, Dr. Racer at UAMS, Friday October 2, 2015, I asked her would I have gotten a chance to see a doctor and she informed me that yes; I would have got a chance to see a resident doctor, an OB doctor.

She also said they would have checked me vaginally, drew blood, requested a urine specimen, and kept me overnight if necessary to monitor me. Then she asked me why did I not go there that night and I said I don't know, I went to Baptist Health Medical Center Little Rock because that's where my doctor practiced and then I said, I wish I would have never went there and then I became so sad about everything and not going to that hospital to save my son, Troy Ayden.

### Unethical things that Dr. Jennifer Gregory did or said

- The day of Wednesday, September 16, 2015 at approximately 12:50 P.M. Dr. Gregory allowed me to drive myself home after informing me that I had lost my son, Troy Ayden, and I was terrified.

Ethically, Dr. Gregory has a moral and an ethical obligation to make sure she is doing the right thing and when I found out that I had lost my son, she or someone from her office should have contacted my mother, Patricia Jenkins whose name was listed as my emergency contact, to come and get me because after receiving that kind of news, no one would be in their right mind to drive home, especially after finding out that you had lost your son.

Dr. Jennifer Gregory allowed me to drive home, at an unfit, unstable state of mind when I was too emotional, too unstable, and in legal terms, considered, a 5150, which means I could have been an eminent threat to myself and/or anyone that could have come in contact with.

I was so sad, hurt, distraught, and terrified that I do not remember how I even made it home. I do remember little portions of my driving trip to my apartment. I do recall pulling over on the freeway several times and crying uncontrollable and I do remember wanting to hit a guard rail on the freeway and wanting to run head on with several cars on Cantrell Road, but I do not recall what happened nor how I even made it home, the afternoon of Wednesday, September 16, 2015, that was the worst day of my life.

I do recall calling my God mother, Mrs. Brenda Smith and she and I both cried before me leaving the parking lot of Baptist Health Medical Center Little Rock, Dr. Jennifer Gregory parking lot. My God mother said she was on the freeway driving back to work when I called her uncontrollable crying and distraught and she said that she was on the freeway and she had to pull over too because she said that she could not to drive in that state of mind, so she had to pull over to get herself emotionally and just think, she hadn't even lost her child.

- When I was discharged from Baptist Health Medical Center, on Monday, September 21, 2015 Dr. Jennifer Gregory allowed me to drive home after having heavy and strong narcotics in my system. Dr. Jennifer Gregory knew that I was the only person in the room, and she knew that no one would be driving myself home except for myself, however; she still discharged me after I had just had my labor induced the day before, having my son, Troy Ayden, and I had heavy narcotics in my system such as morphine and I was given the epidural shot to alleviate the labor pains, yet I was still discharged and allowed to drive home after all the narcotics that were and had been in my system.

- I even informed Dr. Jennifer Gregory 3 times that I was going to kill myself, and I was serious. I told her that I could not take it anymore, how I'm a loser, I can't land a job in my field, not having my baby who I had built this life for, and I expressed to her that I had nothing to live for, and that I was just going to end it.

  I said that to Dr. Jennifer Gregory at least 3 times than she finally told me that if I said that again that she would have to report me. I was serious. All I knew was that my baby was not going to be coming home with me and I was so upset and I did not know what to do, or how I was going to make it with the love of my life, my child who I had planned all these amazing and beautiful things for. All I know is that I wanted to end my life, and to be honest, I did not care whose life I ended either, I just wanted my son back and that's all that I could ever think of.

- The procedure of having my labor induced took entirely too long. I was never informed that it would take that long. When Dr. Jennifer Gregory first informed me of the process she said that it should not take any more than a day and not more than 2 days. I was never given an informative sheet as to what was going to occur, the timeframe or anything. I wasn't even informed to pack an overnight bag. I figured that it would only take one day and no more than two days, but it took almost 4 days to have my baby, how ridiculous and how torturing to place me through that much pain and agony after I had already suffered the loss of my son.

What I would like to know is why did it take 3.5 days, almost 4 days for me to have my baby? I was under enough stress of being at the hospital since the Friday of September 18, 2015, being on a Labor and Delivery floor where I heard crying babies entirely too much. I could not really eat, I was literally just tortured. I know that they are professions but I want to know why did I have to suffer the entire time? I know the hospital has had to induce labor on many other women and I know that it should not have taken that long, that was absolutely ridiculous. I'm not sure if the hospital and or if Dr. Lee and Dr. Jennifer Gregory were trying to overly bill my insurance, my Medicaid but all I know is I was at the hospital entirely too long, and I shouldn't have to go through that.

➢ On Sunday, September 20, 2015, at approximately 12:45 A.M. my nurse Hailey asked me if I wanted another dose of Ambien but I wasn't ready to go to sleep because I had been through so much emotionally that I wanted to call one of my close friends and talk to her that morning, and talk to her about everything I had encountered. I informed my nurse Hailey, that I did not won't the Ambien and she informed me that Dr. Jennifer Gregory would be making her rounds that following morning at 5:00 A.M. or 6:00 A.M. that morning and she informed me that she did not won't me to miss Dr. Jennifer Gregory doing her rounds by being asleep so I informed my nurse Hailey that I did not won't the Ambien because I did not won't to miss Dr. Jennifer Gregory doing her rounds early that morning because I was ready to be discharged.

The morning of Monday, September 21, 2015 I woke up around 6:00, A.M. and I noticed that Dr. Gregory wasn't there so I began waiting on her so that I could be discharged. As I patiently waited on Dr. Jennifer Gregory hours had passed and I was still sitting and waiting at the hospital waiting on Dr. Jennifer Gregory to come and discharge me, I was beginning to get very aggravated and flustered with her.

I had been through enough emotionally and I was getting very frustrated with still sitting at the hospital and I wanted to know why hadn't my doctor made it to my room to discharge me and it was almost 10:30 A.M. in the morning.

I shared that information with a close friend from Atlanta, Georgia and she was furious, she called Dr. Jennifer Gregory's office letting them know that they needed to go and discharge me because I had been through, sitting on a depressing floor of babies crying not to mention that my baby would not be coming home with me. My friend knew that I was emotional and still sitting at the hospital after I had been there since Friday, September 18, 2015, had my son and was still sitting at the hospital waiting on my doctor to discharge me.

It was absolutely inconsiderate, unremorseful, and ridiculous.

I was very aggravated and furious with her and I expressed that concern to Dr. Jennifer Gregory's office after she finally made it to my room to discharge me at approximately 11:55 A.M. the morning of Monday, September 21, 2015. I had specifically been told to be ready early that morning by my nurse, Hailey because she had informed me that Dr.

Gregory would be at the hospital early Monday morning, September 21, 2015 doing her rounds and she didn't won't me to miss Dr. Gregory being asleep.

I told Dr. Jennifer Gregory that she should have been at the hospital first thing the morning of September 21, 2015and she apologized to me saying that she had to drop her 3 kids off at daycare and she said she barely made it to work at 8:00 A.M. to make it to work on time. I told her that was unacceptable when she knew everything that I had been through at the hospital since Friday, September 18, 2015 and I had been through entirely too much, and I told her that she should have been there at the hospital early that morning like she had informed the nurses she would be to discharge me. I told her you know exactly what I had been through and I couldn't take another minute or second sitting being there anymore.

- High-risk pregnancy-With this being my first child, I was considered a high-risk patient due to my age. When I googled, high-risk pregnancy, two reputable articles were pulled up that discussed the type of service that a high-risk patient is supposed to receive.

  The article is written by a WebMD that says, "Your pregnancy is called high-risk if you or your baby has an increased chance of a health problem. Many things can put you at high-risk. Being called high-risk may sound scary. But it's just a way for doctors to make sure that you get special attention during your pregnancy. Your doctor will watch you closely during your pregnancy to find any problems early."

  It also says, "You will have more visits to the doctor than a woman who does not have a high-risk pregnancy. You may have more ultrasound tests to make sure that your baby is growing well. You will have regular blood pressure checks. And your urine will be tested to look for protein (a sign of preeclampsia) and urinary tract infection."

  As a person that's considered high-risk and over 35-years-old, I definitely can say that I did not receive the proper care that a person who's considered high-risk could have and should have received. With me being a high-risk patient, I truly believe that I should have been seen at least twice a month to make sure that nothing was wrong with me or my baby.

- There is something that happened at the hospital, the night of Sunday, September 20, 2015 that I believe was unethical and should not have ever happened. After I had my son, Troy Ayden on Sunday, September 20, 2015, I specifically told all the nurses at Baptist Health Medical Center that whoever delivers my son to please clean him up and not to bring him to me bloody.

  It was bad enough that my son had passed and I was not going to be able to take him home with me, I just had one simple small but important request. The request was to make sure that my son, Troy Ayden was cleaned up before he was brought to me in the clothes that I picked out.

  Once my son was bought to me, he was so bloody that blood ran through the clothes, and it looked terrible and I just could not believe that a professional nurse would deliver a baby to mother who had just delivered and lost her son, how distasteful Hailey. That was

one of the worst memories that I could have ever had. I specifically asked all the nurses that I spoke with to make sure that my son is cleaned before he is brought to me and my nurse, Hailey specifically bought my baby to me bloody.

He was not cleaned, like I asked and all the blood had soaked through the clothes which was one of the worst things that a mother who's been given the opportunity to see their child for the last time. It was a terrible picture that will forever be etched in my mind. Hailey should have taken the time to clean up my baby since he was not coming home with me and I would not ever get the opportunity to see my sweet darling precious, Troy Ayden again.

### Video synopsis of myself, Ms. Angela Moore and Ms. Brenda Goodhart visiting at Baptist Health Medical Center Little Rock on Tuesday, September 22, 2015

The video is recorded as 18:51 and the Director of Women and Children, Ms. Brenda Goodhart walks in and start talking at 4:00. She identifies herself and she and I start discussing some concerns that I had regarding my pregnancy and the loss of my son, Troy Ayden Pettus III.

The questions that I asked her about my pregnancy and what happened the morning of Wednesday, September 16, 2015, she did not know. She went around all my questions and did not give me any valid information on exactly what happened, and she wasn't able to answer any or my questions or discuss any of my concerns.

I reiterated on why I was sent home, and why was an ultrasound not ordered, the morning of Wednesday, September 16, 2015, and why did my doctor Dr. Jennifer Gregory did not get out of the bed the morning of Wednesday, September 16, 2015 to check on me and my son, Troy Ayden Pettus III? Why was nothing ever done that morning?

Later on in the video, Ms. Brenda Goodhart said that I did not have a Placenta Abruption and that's what keyed on my paperwork. Ms. Brenda Goodhart pretty much speculated the entire time, on what could have happened, different things that she's seen happen over the years, and what her perception is of what Dr. Jennifer Gregory thought.

None of my questions were ever asked about why did I endure so much at the Emergency Room the morning of Wednesday, September 16, 2015 and she did say that she believe Dr. Gregory said, "I know her, I know her baby, I always have trouble getting it, and I'm going to get the ultrasound and it'll be fine." (Ms. Brenda Goodhart at approximately 11:10 on video).

Ms. Brenda Goodhart even mentioned what she thought Dr. Jennifer Gregory was thinking at approximately 8:44 on the video as well.