IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA MOORE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00007-SWW |
| | * | |
| | * | |
| DR. JENNIFER GREGORY and | * | |
| BAPTIST HEALTH OF LITTLE | * | |
| ROCK, | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff Angela Moore brings this pro se action against Dr. Jennifer Gregory and Baptist Health of Little Rock alleging medical malpractice. Plaintiff alleges Dr. Gregory and other individuals at Baptist Health failed to provide the appropriate standard of care for her pregnancy and that this failure resulted in the still-birth of the baby she was carrying.

The Court must dismiss this action for lack of jurisdiction as plaintiff alleges no facts indicating that diversity jurisdiction is present, see 28 U.S.C. § 1332(a), and she alleges no viable basis for federal-question jurisdiction. See 28 U.S.C. § 1331.[1] *Cf.*

---

[1] Federal court diversity jurisdiction of state law claims requires an amount in controversy greater than $75,000 and complete diversity of citizenship among the litigants. *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) (citing 28 U.S.C. § 1332(a)). Complete diversity of citizenship exists where no defendant holds citizenship in the same state where any plaintiff holds citizenship. *Id*. "Federal question jurisdiction requires that the action arise 'under the Constitution, laws, or treaties of the United States.'" *Hull v. Fallon*, 188 F.3d 939, 942 (8th Cir. 1999) (quoting 28 U.S.C. § 1331). Generally, an action arises under federal law only if issues of federal law are raised in the plaintiff's well-pleaded complaint. *Id*.

*Caradine/Assabur v. University of Arkansas for Medical Sciences*, No. 4:10cv01960 JLH, 2011 WL 30103 (E.D. Ark. Jan. 4, 2011) (finding federal court lacked jurisdiction over medical malpractice claim, which is a claim that arises under the laws of the State of Arkansas, where plaintiff did not allege facts indicating jurisdiction based on diversity of citizenship or federal question). Rather, plaintiff must file her complaint in the appropriate state court in Arkansas should she desire to continue with this action against defendants.[2]

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice. Judgment will be entered accordingly.[3]

    Dated this 14th day of January 2016.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE

---

[2] The Court expresses no opinion on the viability of any such state court action.

[3] Plaintiff's motion for leave to proceed *in forma pauperis* [doc.#1] and her motion to appoint counsel [doc.#3] are both denied.